# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**CHARLES EDWARD ROSS #465659**          **CASE NO. 1:17-CV-00592 SEC P**

**VERSUS**                                              **CHIEF JUDGE DRELL**

**RIVER CORRECTIONAL CENTER**          **MAGISTRATE JUDGE PEREZ-MONTES**

## MEMORANDUM ORDER

On March 30, 2017, a complaint was filed by the plaintiff.  On May 3, 2017 a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on March 30, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2017.

Joseph H. L. Perez-Montes
United States Magistrate Judge